No. 04–1649. SORO *v.* CITICORP, *ante*, p. 822. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 04–10249. HARDISON *v.* CAREY, WARDEN, *ante*, p. 928. Petition for rehearing denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

NOVEMBER 29, 2005

No. 05A487. HICKS *v.* TAFT, GOVERNOR OF OHIO, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied.